B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Thos. M. Madden Co.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-1417940** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**24 W. 600 St. Charles Road**<br>**Carol Stream, IL**<br>ZIP Code **60188** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*

■ Corporation (includes LLC and LLP)

☐ Partnership

☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding

☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."

■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the
debtor is unable to pay fee except in installments. Rule 1006(b). See Official
Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,
in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)                                                                                                  Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thos. M. Madden Co.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br> Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                       Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Thos. M. Madden Co.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Abraham Brustein**
Signature of Attorney for Debtor(s)

**Abraham Brustein 0327662**
Printed Name of Attorney for Debtor(s)

**DiMonte and Lizak, LLC**
Firm Name

**216 Higgins Road**
**Park Ridge, IL 60068**

_____
Address

**(847) 698-9600  Fax: (847) 698-9623**
Telephone Number

**April 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Robert J. Madden Jr.**
Signature of Authorized Individual

**Robert J. Madden Jr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**April 27, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    __Thos. M. Madden Co.__                 Case No. _____

                                    Debtor(s)        Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

        Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **SCC Group, Inc**<br>**1563 Mt. Pleasant**<br>**Winnetka, IL 60093** | SCC Group, Inc<br>1563 Mt. Pleasant<br>Winnetka, IL 60093 | | | **317,615.07** |
| **Joan Down**<br>**137 N. Oak Street**<br>**Wood Dale, IL 60191** | Joan Down<br>137 N. Oak Street<br>Wood Dale, IL 60191 | Loan | | **240,000.00** |
| **Chicago Carpenters Trust Funds**<br>**P.O. Box 94432**<br>**Chicago, IL 60690** | Chicago Carpenters Trust Funds<br>P.O. Box 94432<br>Chicago, IL 60690 | Judgment | | **149,177.95** |
| **Galvafoam Marine Industries, Inc.**<br>**Rt. 67, Box 19**<br>**Camdenton, MO 65020** | Galvafoam Marine Industries, Inc.<br>Rt. 67, Box 19<br>Camdenton, MO 65020 | | | **58,800.00** |
| **Laborers Pension & Welfare Fund**<br>**33367 Treasure Center**<br>**Chicago, IL 60694-3300** | Laborers Pension & Welfare Fund<br>33367 Treasure Center<br>Chicago, IL 60694-3300 | | | **51,095.57** |
| **M.T. Transit**<br>**4450 South Morgan Street**<br>**Chicago, IL 60609** | M.T. Transit<br>4450 South Morgan Street<br>Chicago, IL 60609 | | | **43,275.00** |
| **Illinois Department Employment Secu**<br>**33 South State Street**<br>**Chicago, IL 60603** | Illinois Department Employment Secu<br>33 South State Street<br>Chicago, IL 60603 | | | **38,539.52** |
| **Will Co. Carpenters**<br>**1403 Essington Road**<br>**Suite 100**<br>**Joliet, IL 60435** | Will Co. Carpenters<br>1403 Essington Road<br>Suite 100<br>Joliet, IL 60435 | Judgment | | **38,103.35** |
| **Richard Burgeson**<br>**23150 Foxtail Creek**<br>**Bonita Springs, FL** | Richard Burgeson<br>23150 Foxtail Creek<br>Bonita Springs, FL | Loan | | **33,090.00** |
| **IL Director of Empl Security-SUTA**<br>**P.O. Box 803412**<br>**Chicago, IL 60680-3412** | IL Director of Empl Security-SUTA<br>P.O. Box 803412<br>Chicago, IL 60680-3412 | | | **30,252.12** |

B4 (Official Form 4) (12/07) - Cont.

In re **Thos. M. Madden Co.**

Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Midwest Rem Enterprises<br>2601 W. Lemoyne Street<br>Melrose Park, IL 60160 | Midwest Rem Enterprises<br>2601 W. Lemoyne Street<br>Melrose Park, IL 60160 | | | 28,115.43 |
| Peter Nickel<br>502 North Street<br>Lockport, IL 60441 | Peter Nickel<br>502 North Street<br>Lockport, IL 60441 | Services rendered | | 26,191.77 |
| Gerald Heniff<br>14002 S. Teakwood Dr.<br>Homer Glen, IL 60491 | Gerald Heniff<br>14002 S. Teakwood Dr.<br>Homer Glen, IL 60491 | Services rendered | | 18,060.61 |
| Illinois Aggregate Equipment<br>1019 East 143rd Street<br>Plainfield, IL 60544 | Illinois Aggregate Equipment<br>1019 East 143rd Street<br>Plainfield, IL 60544 | | | 17,853.44 |
| Illinois Construction Corporation<br>39W866 Fabyan Parkway<br>Elburn, IL 60119 | Illinois Construction Corporation<br>39W866 Fabyan Parkway<br>Elburn, IL 60119 | | | 17,561.24 |
| Traffic Service, Inc.<br>2260 Southwind Blvd<br>Bartlett, IL 60103 | Traffic Service, Inc.<br>2260 Southwind Blvd<br>Bartlett, IL 60103 | | | 16,205.21 |
| Riordan McKee & Piper<br>20 N. Wacker Drive<br>Chicago, IL 60606 | Riordan McKee & Piper<br>20 N. Wacker Drive<br>Chicago, IL 60606 | Legal services rendered | | 14,860.00 |
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19883-5726 | Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19883-5726 | Credit card purchases/advances | | 14,438.91 |
| Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | Com Ed<br>Bill Payment Center<br>Chicago, IL 60668-0001 | Utility bill | | 14,422.08 |
| Illinois Department of Revenue<br>101 West Jefferson Street<br>Springfield, IL 62702 | Illinois Department of Revenue<br>101 West Jefferson Street<br>Springfield, IL 62702 | | | 14,286.36 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 27, 2010**

Signature **/s/ Robert J. Madden Jr.**

**Robert J. Madden Jr.**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Northern District of Illinois

In re **Thos. M. Madden Co.** _____,   Case No. _____

Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Christopher Madden**<br>**369 Schiller**<br>**Elmhurst, IL 60126** | | | |
| **Clair Anne Madden, Executor**<br>**Estate of Robert J. Madden Sr.**<br>**5N383 Robin Lane**<br>**Roselle, IL 60172** | | | |
| **Robert J. Madden, Jr.**<br>**545 Lower Brookwood Drive**<br>**Fontana, WI 53125** | | | |
| **Rock Thomas Madden**<br>**342 Marion Ave**<br>**Glen Ellyn, IL 60137** | | | |
| **William Madden**<br>**1808 Waverly Circle**<br>**Saint Charles, IL 60174** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____**April 27, 2010**_____     Signature __**/s/ Robert J. Madden Jr.**_____

**Robert J. Madden Jr.**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

<u>0</u>___ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Thos. M. Madden Co.** _____
                                                    Debtor(s)

Case No. _____
Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **149**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **April 27, 2010** _____

**/s/ Robert J. Madden Jr.** _____
**Robert J. Madden Jr./President**
Signer/Title

A.A. Conte & Son, Inc.
31W007 North Avenue
West Chicago, IL 60185-6409


ADT
PO Box 371967
Pittsburgh, PA 15250-7967


Airgas North Central
P.O. Box 802588
Chicago, IL 60680-2588


Aldridge Electric, Inc.
844 E. Rockland Road
Libertyville, IL 60048


Alexander X Kuhn & Co
123 W. Front Street
Wheaton, IL 60187


America Gases Corp.
5439 W. Diversey Ave
Chicago, IL 60639


American First  Aid Services, Inc.
784 Church Rd
Elgin, IL 60123


Andrzej Zacherek
9812 S. McVicker
Oak Lawn, IL 60453


Anthony Pontanini
873 N. Cambden Lane
South Elgin, IL 60177


Atlantic-Meeco, Inc.
P.O. Box 3939
McAlester, OK 74502-3939


Automobile Mechanics, Local 701
500 W. Plainfield Road
Countryside, IL 60525

Bank of America
P.O. Box 15726
Wilmington, DE 19883-5726


Baudelio Valadez
2534 S. Lawndale
Chicago, IL 60623


Bricklayers
1950 W. 43rd Street
Chicago, IL 60609


Brookwood Builders
801 Circle Avenue
Forest Park, IL 60130


Capital Guardian Trust Co.


Carepenters (Will)


Carpenters (Grundy)


Carpenters (Kane, Kendall, McHenry)


Carpenters District Council
12 E. Erie Street
Chicago, IL 60611


Cassidy Tire
200 Church
Addison, IL 60101


CCSFI Accounting C/O CCMSI
Towne Centre Building-2 East Main
Danville, IL 61832


Cement Masons, Local 11, Area 161
PO Box 1447
Woodstock, IL 60098

Cement Masons, Local 11, Area 362
P.O. Box 1447
Woodstock, IL 60098

Cement Masons, Local 11, Area 638
P.O. Box 1447
Woodstock, IL 60098

Cement Masons, Local 502
739 25th Avenue
Bellwood, IL 60104

Cement Masons, Local 803
240 W. St. Charles Road
Villa Park, IL 60181

Charlotte Petty
612 S. Devon Ave
Elk Grove Village, IL 60007

Chicago Carpenters Trust Funds
P.O. Box 94432
Chicago, IL 60690

Christopher Madden
369 Schiller Street
Elmhurst, IL 60126

Citgo Amerifleet
P.O. Box 659590
San Antonio, TX 78265-9590

Com Ed
Bill Payment Center
Chicago, IL 60668-0001

ContrAcct Systems Corporation
208 North Washington Street
Naperville, IL 60540-4514

Corrinne Flondor
P.O. Box 87585
Carol Stream, IL 60188

Crowley's Yacht Yard, Inc.
2500 Sourth Corbett Street
Chicago, IL 60608


Daniel P. McAnally
111 East Wacker Drive
Suite 2600
Chicago, IL 60601


Dennis Farley
1009 1st Ave
Mendota, IL 61342


DHL Express (USA)
14105 Collections Ctr Dr
Chicago, IL 60693


Douglas Truck Parts
1640 S. State
Chicago, IL 60616


Doyle Sailmakers
401 N. Damen Ave
Chicago, IL 60622


Edward Marshall III
P.O. Box 651
Wheaton, IL 60187


Era Valdivia Contractors, Inc.
11909 S. Avenue
Chicago, IL 60617


Esser Hayes Insurance Group
1811 High Grove
Suite 139
Naperville, IL 60540-2830


Evans Electric
4146 Warren Avenue
Hillside, IL 60162


First National Bank of Brookfield
9136 Washington Avenue
Brookfield, IL 60513

First National Bank of Naperville
555 Fort Hill Drive
Naperville, IL 60540

Ford Credit
P.O. Box 790093
Saint Louis, MO 63179-0093

Ford Motor Credit
800 Dundee Ave
Dundee, IL 60118

Ford Motor Credit
Spring Hill Ford
800 Dundee Ave
Dundee, IL 60118

Fox Valley Gen. Contrs. Assoc
2020 Dean Street
Saint Charles, IL 60174

Gabe Munoz
6347 S. Lamon Avenue
Chicago, IL 60638

Galvafoam Marine Industries, Inc.
Rt. 67, Box 19
Camdenton, MO 65020

Gary J. Willnauer
10401 Holmes
Suite 300
Kansas City, MO 64131-4509

GE Capital
44 Old Ridgebury Road
Danbury, CT 06810

Gerald Heniff
14002 S. Teakwood Dr.
Homer Glen, IL 60491

Great American Leasing Corp.
P.O. Box 660831
Dallas, TX 75266-0831

Heneghan Wrecking Co.
1321 W. Concord Place
Chicago, IL 60622


Ice Mountain
P.O. Box 856680
Louisville, KY 40285-6680


IL Director of Empl Security-SUTA
P.O. Box 803412
Chicago, IL 60680-3412


IL Director of Employment Security
P.O. Boxx 3637
Springfield, IL 62708-3637


IL Office of the State Fire Marshal
Division of Boiler and Pressure
1035 Stevenson Drive
Springfield, IL 62703


Illinois Aggregate Equipment
1019 East 143rd Street
Plainfield, IL 60544


Illinois Construction Corporation
39W866 Fabyan Parkway
Elburn, IL 60119


Illinois Department Employment Secu
33 South State Street
Chicago, IL 60603


Illinois Department of Revenue
101 West Jefferson Street
Springfield, IL 62702


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010
230 S. Deaborn
Chicago, IL 60604


IUOE Local 150
Administrative Dues
P.O. Box 944727
Chicago, IL 60690-4427


James Mansfield & Sons Co., Inc
8100 47th Street
Lyons, IL 60534-1836


James Steele
P.O. Box 87585
Carol Stream, IL 60188


Joan Down
137 N. Oak Street
Wood Dale, IL 60191


Joanna Bulak
444 Cresecent Apt C4
Lombard, IL 60148


Joe Petrarca
41 W765 Northway Drive
Elburn, IL 60119


Johnny Lazenby
300 McCameron Avenue
Lockport, IL 60441


Jose Valadez
6525 W 26th Pl
Berwyn, IL 60402


Juvenal Torres
2821 S. Springfield
Chicago, IL 60623


Laborers District Council of Chgo
999 McClintock Drive
Willowbrook, IL 60527

Laborers Local 152 (Lake County)
409 Temple Avenue
Highland Park, IL 60035


Laborers Pension & Welfare Fund
33367 Treasure Center
Chicago, IL 60694-3300


Laborers, Local 1035
110 N. State Street / Box 211
Marengo, IL 60152


Laborers, Local 149
2418 W. Indian Trail
Aurora, IL 60507


Laborers, Local 582
2400 Big Timber Road
Elgin, IL 60123


Laborers, Local 75 (Will & Grundy)
1923 Donmaur Drive
Joliet, IL 60435


LCGLV, Inc.
32901 N. Highway 21
Libertyville, IL 60048


Local 150 Iuoe Vacation Sav Plan
PO Box 74632
Chicago, IL 60675-4632


Lucky Locators
P.O. Box 28
Bloomingdale, IL 60108


M.O.E. Cons Ind Rrsch & Trst Fund
P.O. Box 74632
Chicago, IL 60675-4632


M.O.E. Pension Fund
P.O. Box 74632
Chicago, IL 60675-4632

M.O.E. REF
P.O. Box 74632
Chicago, IL 60625


M.O.E. Welfare
P.O. Box 74632
Chicago, IL 60675-4632


M.T. Transit
4450 South Morgan Street
Chicago, IL 60609


Mercedes-Benz Financial
P.O. Box 900168
Louisville, KY 40290-1680


Metropolitan Industries, Inc.
37 Forestwood Drive
Romeoville, IL 60446-1343


Meyer Material Company
1819 N. Dot Street
McHenry, IL 60051-0511


Michael Gramza
16604 W. Seneca Drive
Lockport, IL 60441


Michael Prousis
Assistant Attorney General
33 South State Street, Suite 992
Chicago, IL 60603


Michael Sollitt
1563 Mt. Pleasant
Winnetka, IL 60093


Midwest Fence Corporation
900 North kedzie Avenue
Chicago, IL 60651


Midwest Forestree LLC
566 Rock Road, Unit 1
Dundee, IL 60118

Midwest Rem Enterprises
2601 W. Lemoyne Street
Melrose Park, IL 60160


Mississippi Valley Equipment Co.
1198 Pershall Road
Saint Louis, MO 63137


Molenhouse Enterprises, Inc.
P.O. Box 36
Wheaton, IL 60187


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020


O'Leary's Eq & Supply, Inc.
4554 W. North Ave
Chicago, IL 60639


OE Lcl 150 App. Fund
P.O. Box 74632
Chicago, IL 60675-4632


Office Depot
P.O. Box 689020
Des Moines, IA 50368-9020


Operating Engineers, Local 150
6200 Joliet Road
Countryside, IL 60525


Pat McNally Construction, Inc.
3642 Acorn Lane
Franklin Park, IL 60131


Patrick T. Wallace
Office of Fund Counsel
111 West Jackson Blvd., Ste 1415
Chicago, IL 60604


Peter Nickel
502 North Street
Lockport, IL 60441

Peter Nickel Jr.
13761 S. Portage Ct
Plainfield, IL 60544


Phillip Brzozowski
19 West Jackson
Suite 300
Chicago, IL 60604


Pro Wrench Truck Service, Inc.
200 South Schmale Road
Carol Stream, IL 60188


Quality Blueprint, Inc.
622 East St. Charles Road
Carol Stream, IL 60188


Quality Excavation, Inc.
2432 W. Barry Avenue
Chicago, IL 60618


Rich Pelletiere
6421 Pershing Road Unit 303
Berwyn, IL 60402


Richard Burgeson
23150 Foxtail Creek
Bonita Springs, FL


Riordan McKee & Piper
20 N. Wacker Drive
Chicago, IL 60606


Robert J. Madden Jr.
5 N. 383 Robin Lane
Roselle, IL 60172


Robert Madden
545 Lower Brookwood Dr
Fontana, WI 53125


Rotec Leaseco, Inc.
333 West Lake Street
Elgin, IL 60123

Salvatore Campagna
20W448 Elizabeth Dr
Downers Grove, IL 60516


SCC Group, Inc
1563 Mt. Pleasant
Winnetka, IL 60093


Sean Madden
369 Schiller Street
Elmhurst, IL 60126


SES, Inc.
1400 Powis Road
West Chicago, IL 60185


Sewer and Tunnel Miners Union Loc 2
6137 W. Diversey
Chicago, IL 60639


Southwest Erosion Control
2109 Cash Point Ct.
Granbury, TX 76049


Suburban Teamsters Pension Fund
7045 N. Western Ave.
Chicago, IL 60645


Sunsource
STS Operating Inc
23851 Network Place
Chicago, IL 60673-1238


Teamsters, Local 179
1000 NE I-55 Frontage Road
Joliet, IL 60431


Teamsters, Local 301
36990 N. Green Bay Road
Waukegan, IL 60087


Teamsters, Local 330
2400 Big Timber Road / Bldg #B
Elgin, IL 60123

Teamsters, Local 673
1050 W. Roosevelt Road
West Chicago, IL 60185

Teamsters, Local 731
1000 Burr Ridge Parkway
Burr Ridge, IL 60527

Teamsters, Local 786
300 S. Ashland Avenue
Chicago, IL 60607

Technical Engineers Local 730
1340 W. Washington Boulevard
Chicago, IL 60607

Terrel Materials Corp
One North LaSalle Street
Suite 800
Chicago, IL 60602

Terry Plumbing
1942 S. Halsted Steet
Chicago, IL 60608

Traffic Service, Inc.
2260 Southwind Blvd
Bartlett, IL 60103

United Healthcare
234 Spring Lake Drive
Itasca, IL 60413

Visa FNBB CM-4305
P.O. Box 4512
Carol Stream, IL 60197-4512

Visa FNBB Jr-1509
P.O. Box 77042
Madison, WI 53707-1042

Wells Fargo Equipment Finance, Inc
NW-5937
P.O. Box 1450
Minneapolis, MN 55485-5934

Wheaton Sanitary District
P.O. Box 1389
Wheaton, IL 60187-1389


White Cap Construction Supply
4341 Solutions Center
Chicago, IL 60677-4341


Will Co. Carpenters
1403 Essington Road
Suite 100
Joliet, IL 60435


Wisconsin Department of Revenue
Box 930931
Milwaukee, WI 53293-0931


Wisconsin Department of Revenue
P.O. Box 8902
Madison, WI 53708-8902


Wisconsin Department of Revenue
2135 Rimrock Road
P.O. Box 8981
Madison, WI 53708-8981