UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Thos. M. Madden Co.<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 10-18837<br><br>Chapter: 11<br>Honorable A. Benjamin Goldgar |

Order Converting Case Under Chapter 11 to Case Under Chapter 7

This matter coming before the court upon the Debtor's Motion brought pursuant to Sections 1112(a),(b) to convert this Chapter 11 case to a case under Chapter 7 of the Bankruptcy Code. After notice and hearing, the court orders as follows:

1. This case is converted to a case under Chapter 7.

2. The Debtor shall,
   a. On or before _December 20, 2010_, account for and turn over to the Chapter 7 Trustee all records and property of the estate under their custody and control as required by Fed. R. Bankr. P. 1019(4);

   b. On or before _December 20, 2010_, file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed. R. Bankr. P. 1019(5);

   c. On or before _December 20, 2010_, file a final report and account as required by Fed. R. Bankr. P. 1019(5); and

   d. Within 15 days after the entry of this order, file the statements and schedules required by Fed. R. Bankr. P. 1019(1) and 1007(b), if such documents have not already been filed.

3. Pursuant to Fed. R. Bankr. P. 9001(5), the court designates Robert Madden ("Designated Person") to perform the acts of the Debtor.

4. This matter is set for a status hearing on _January 7, 2011_ at _10:00 a.m._ in ~~Courtroom No. 613 of the Everett Dirksen Federal Court House, 219 South Dearborn Street, Chicago, Illinois.~~ _DuPage County Courthouse, 505 N. County Farm Road, Courtroom 4016, Wheaton, Illinois._ At that hearing, the court will determine whether the Debtor/Designated Person/Chapter 11 Trustee have complied with this order and, if not, consider such requests for further relief as may be required to secure compliance with this order.

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 0 6 DEC 2010

**Prepared by counsel of Movant:**

Abraham Brustein
ARDC: 327662
DiMonte & Lizak, LLC
216 West Higgins Road
Park Ridge, Illinois 60068
Tel: 847-698-9600
Fax: 847-698-9623
Email: abrustein@dimontelaw.com

Rev: ILNB20100428_bko