**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| Thos. M. Madden Co., ) | |
| ) | Case No. 10-18837 |
| Debtor. ) | |
| ) | Judge A. Benjamin Goldgar |
| ) | |

**FINAL REPORT AND SCHEDULE OF POST-PETITION DEBTS**

| Payee | Address | Amount |
|---|---|---|
| DiMonte & Lizak, LLC | 216 W. Higgins Road<br>Park Ridge, IL 60068 | $24,025.91 |
| Alexander Kuhn & Company | 123 W. Front Street #200<br>Wheaton, IL 60187 | $5,000.00 |
| U.S. Trustee Patrick Layng | 219 S. Dearborn Street #873<br>Chicago, IL 606047 | $1,950.00 |
| Internal Revenue Service | P.O. Box 7346<br>Philadelphia, PA 19101-7317 | $6,916.79 |
| IL Department of Revenue | 101 Jefferson Street<br>Springfield, IL 62704 | $97.35 |
| WI Department of Revenue | P.O. Box 8949<br>Madison, WI 53708-8949 | $1,117.16 |
| Internal Revenue Service<br>Federal Unemployment Tax | P.O. Box 804521<br>Cincinnati, OH 45280-4521 | $28.42 |
| IL Department of<br>Unemployment Security | 723 W. Algonquin Road<br>Arlington Heights, IL 60005 | $192.56 |
| United Healthcare | 233 N. Michigan Avenue<br>Chicago, IL 60601 | $3,628.55 |
| **Total** | | **$46,585.89** |