**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Thos. M. Madden Co., | ) | Bankruptcy No. 10 B 18837 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

### NOTICE OF MOTION

TO:     See Attached Service List

    **PLEASE TAKE NOTICE** that on **February 6, 2015,** at the hour of **10:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling or before any other judge sitting in his place and stead in Courtroom 240 of the Kane County Courthouse, 100 South Third Street, Geneva, Illinois, and shall then and there present the attached **First and Final Application of InnovaLaw, P.C. for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Trustee**, a copy of which is hereby served upon you.

                                       Kathleen M. McGuire
                                       InnovaLaw, P.C.
                                       15020 S. Ravinia Ave., Suite 29
                                       Orland Park IL  60462
                                       Tel. (708) 675-1975
                                       Fax:  (708) 675-1786

### CERTIFICATE OF SERVICE

    I, Kathleen M. McGuire, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice through the CM/ECF filing system, or by first class mail by depositing same with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 12th day of January, 2015.

                                     /s/ Kathleen M. McGuire

**In re – Thos. M. Madden Co., 10 B 18837**
<u>Service List</u>

<u>Service through the CM/ECF filing system:</u>

- Christina Medzius Bixby    christina.m.bixby@usdoj.gov,
  Northern.Taxcivil@USDOJ.gov
- Abraham Brustein    abrustein@dimonteandlizak.com,
  jjarke@dimontelaw.com;phogan@dimontelaw.com
- Faith Dolgin    faith.dolgin@illinois.gov
- Megan A Drefchinski    mdrefchinski@collinslaw.com, ktaylor@collinslaw.com
- Jason Frye    jfrye@ngelaw.com
- Ira P Goldberg    igoldberg@dimontelaw.com, jjarke@dimontelaw.com
- Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
- Kathryn A Klein    iln@riezmanberger.com
- Elizabeth A LaRose    elarose@local150.org,
  docketing@local150.org;lkramer@local150.org
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Tamara A Marshall    tmarshall@zcwlaw.com, vblazina@zcwlaw.com
- John C Mullen    cmullen@mullenfirm.com
- Christopher L Muniz    clm@sacounsel.com
- John O. Noland    jnolandjr@comcast.net
- Christopher H Purcell    shermlaw13@aol.com
- Derek D Samz    dsamz@dimontelaw.com, nromando@dimontelaw.com
- Bruce C Scalambrino    bcs@sacounsel.com
- Julia Jensen Smolka    jjensen@dimonteandlizak.com
- Patrick T. Wallace    wallace.patrick@gmail.com, fundcounsel@gmail.com
- Thomas C. Wolford    twolford@ngelaw.com,
  ecfdocket@ngelaw.com;mmirkovic@ngelaw.com

<u>Service by U.S. Mail:</u>

Thos. M. Madden Co.
24 W. 600 St. Charles Road
Carol Stream, IL  60188

Scott Horewitch Pidgeon and Abrams
2150 East Lake Cook Road
Suite 560
Buffalo Grove, IL  60089

Spilotro Law Group
2551 N. Clark St. #300
Chicago, IL  60614

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Thos. M. Madden Co. | ) | Bankruptcy No. 10-148837 |
| | ) | Chapter 7 |
| Debtor. | ) | |
| | ) | Judge Donald R. Cassling |

**COVER SHEET FOR FIRST AND FINAL APPLICATION FOR**
**ALLOWANCE OF PROFESSIONAL COMPENSATION**

Name of Applicant:                    InnovaLaw, P.C.

Authorized to Provide
Professional Services to:              David E. Grochocinski, as initial trustee for the chapter 7
estate of Thos. M. Madden Co. and Brenda Porter Helms,
the successor trustee

Date of Order
Authorizing Employment:                January 7, 2011, effective December 15, 2010

Period for Which
Compensation Is Sought:                December 21, 2010 through December 23, 2014

Amount of Fees Sought:        $16,804.00

Amount of Expense
Reimbursement Sought:         $522.26

This is an            Interim Application ____        Final Application __X__

If this is not the first application filed herein by this professional, disclose all prior fee
applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| None. | | | | None. |

Date:  January 12, 2015                    By: __/s/ Kathleen M. McGuire

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:                                    )
Thos. M. Madden Co.,                      )      Bankruptcy No. 10 B 18837
                                          )      Chapter 7
              Debtor.                     )
                                          )      Judge Donald R. Cassling


### FIRST AND FINAL APPLICATION OF INNOVALAW, P.C. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE TRUSTEE

Now comes Kathleen M. McGuire and InnovaLaw, P.C. (collectively, the "Applicant"), counsel for David E. Grochocinski, the initial chapter 7 trustee (the "Initial Trustee") of the bankruptcy estate (the "Estate") of Thos. M. Madden Co., and successor trustee Brenda Porter Helms (the "Successor Trustee"), and pursuant to 11 U.S.C. §§ 330 and Fed. R. Bankr. P. 2016, submits this First and Final Application for Allowance of Compensation and Reimbursement of Expenses (the "Application") for professional services rendered as attorneys to the Initial Trustee and the Successor Trustee (collectively, the "Trustee").

### Background

1.      On April 27, 2010, the Debtor commenced this case by filing a petition for reorganization under chapter 11 of the Bankruptcy Code.  The case was converted to a chapter 7 on December 6, 2010.

2.      On January 7, 2011, the Court entered an order authorizing the retention of Grochocinski Grochocinski & Lloyd, Ltd. ("GGL") as attorneys for the Initial Trustee, effective December 15, 2010 (the "Retention Order").  A copy of the Retention Order is attached hereto as Exhibit A.

3.      Since June 2012, Innova has employed the GGL attorneys retained to represent the

Initial Trustee.

4.      On April 16, 2014, the Initial Trustee resigned and the Successor Trustee was appointed.  Since the Initial Trustee's resignation, Applicant has continued to represent the Trustee.

5.      Applicant expended substantial time and resources in rendering legal services to the Trustee.

6.      This is Applicant's first and final request for compensation as attorneys for the Trustee.  Applicant has not previously received any compensation in this case.

**Services Rendered and Amount Requested**

7.      Between December 21, 2010 and August 21, 2014 (the "Application Period"), Applicant expended 50.0 hours of time in providing the following services to the Trustee.  Applicant requests total compensation of $16,804.00 for its services at its customary billing rates as follows:

| Attorney or Paralegal | Hours | Total |
|---|---|---|
| Kathleen M. McGuire (KMM) | 30.9 | $11,309.00 |
| David E. Grochocinski (DEG) | 4.0 | $1,800.00 |
| Ariane Holtschlag (AH) | 12.5 | $3,500.00 |
| Kristine Hubert (KH) | 1.5 | $112.50 |
| Gricel Cardoza (GC) | 1.1 | $82.50 |
| Total: | 50.0 | $16,804.00 |

8.      The legal services provided by Applicant are divided into the following categories:

(i).    <u>General Administration</u>:   Applicant expended 8.8 hours in connection with the administration of the estate.  Work in this category included the preparation and presentation of motions to employ professionals, including accountants, counsel for the Estate and special counsel.  Time charges in this category also include 1.5 hours of work on this fee petition.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| DEG | .9 | $450.00 | $405.00 |
| AH | 5.3 | $275.00 | $1,457.50 |
| KMM | .5 | $385.00 | $192.50 |
| GC | 1.1 | $75.00 | $82.50 |
| KH | 1.5 | $75.00 | $112.50 |
| Total: | 9.3 | | $2,250.00 |

(ii).   <u>Settlements and Compromises per Rule 9019</u>:   Applicant expended 10.3 hours in the investigation, preparation and presentation of a motion for settlement and compromise per Rule 9019 with Carol Stream Partners, Kane County and Plote Construction Company.

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| AH | 2.5 | $300.00 | $750.00 |
| AH | 4.7 | $275.00 | $1,292.50 |
| DEG | 3.1 | $450.00 | $1,395.00 |
| Total: | 10.3 | | $3,437.50 |

(iii).   <u>Claim Objections</u>:   Applicant expended 30.4 hours in connection with the preparation and presentation of 13 objections to claims for which secured or priority status was asserted.  The asserted secured claims had been filed during the chapter 11 period, and were not withdrawn after the conversion of the case to chapter 7.  Several administrative claims were also filed by tax authorities.  Factual investigation was needed to determine whether the asserted secured and administrative claims were in fact entitled to that status.  A round of objections to wage claims became necessary after a determination was made that there should be funds available to pay claims through the wage priority under 11 U.S.C. § 507(a)(4).

| Attorney | Hours | Rate | Total |
|---|---|---|---|
| KMM | 27.9 | $385.00 | $10,741.50 |
| KMM (accounting rate) | 2.5 | $150.00 | $375.00 |
| Total: | 30.4 | | $11,116.50 |

9.     A detailed summary of Applicant's services during the Application Period and related charges for those services is attached hereto as Exhibit B.

10.     All fees for which allowance is sought were incurred in connection with Applicant's representation of the Trustee and were reasonable and necessary to effectively assist the Trustee in the administration of the Debtor's estate.

11.    Expenses.  Attached to this application as Exhibit C is an itemized statement of the actual and necessary expenses incurred by Applicant during the period December 12, 2010 through December 23, 2014, and for which reimbursement is sought.  Those expenses, which total $522.26, were actually and necessarily incurred in order to assist the Trustee in the administration of the Estate.

12.    Applicant seeks allowance of its fees and expenses as a chapter 7 administrative expense under 11 U.S.C. § 503(b), payable as funds are available to do so in the discretion of the Successor Trustee.

## Other Disclosures under Fed. R. Bankr. P. 2016

13.    At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to the matters on which Applicant was employed.

14.    No agreement or understanding exists between Applicant and any other entity for the sharing of compensation received or to be received for services rendered in or in connection with the case, other than compensation that has been or will be approved by the Court upon the applications of other professionals employed to represent the Trustee in this case.

## InnovaLaw, P.C. Biographical Information

David E. Grochocinski was appointed to the private panel of bankruptcy trustees for the Northern District of Illinois in 1984, and he served in that capacity until his resignation in April 2014.  Besides serving as a panel trustee, Mr. Grochocinski had extensive experience in representing other trustees, debtors and creditors in consumer and commercial bankruptcies, and in non–bankruptcy workouts.  Mr. Grochocinski graduated with honors from John Marshall Law School 1976, and he was admitted to practice in the State of Illinois and the United States District Court for the Northern District of Illinois.  Mr. Grochocinski was also a member of the Northern

District of Illinois Trial Bar.

Kathleen M. McGuire graduated with honors from IIT Chicago-Kent College of Law in 1988, and has practiced exclusively in the fields of bankruptcy and federal civil litigation since that time.   Ms. McGuire is admitted to practice in the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois.   Between 1988 and 2004, Ms. McGuire served as a law clerk to a number of judges in the Bankruptcy Court and District Court.   In private practice, she has represented chapter 7 trustees, debtors and creditors in a wide variety of matters in the Bankruptcy Court and in appeals to the District Court.  Before receiving her law degree, Ms. McGuire practiced as a certified public accountant.

Ariane Holtschlag, a former Innova associate, graduated from the University of Iowa School of Law in 2007, and she has devoted most of her practice to bankruptcy law since that time.  Ms. Holtschlag is admitted to practice in the State of Illinois and the United States District Courts for the Northern and Central Districts of Illinois, as well as the Trial Bar of the Northern District of Illinois. Ms. Holtschlag is the author of several articles published in the American Bankruptcy Journal, and she has lectured on bankruptcy-related topics.

Gricel Cardoza and Kristine Hubert are or were paralegals with Innova.  Both Ms. Cardoza and Ms. Hubert hold degrees in paralegal studies and have substantial training and experience in bankruptcy matters.

## Conclusion

Kathleen M. McGuire and InnovaLaw, P.C. request that the Court enter an order allowing a final award of professional compensation in the amount of $16,804.00 and reimbursement of expenses of $522.26, payable as an administrative expense under 11 U.S.C. § 503(b) as funds are

available to do so in the discretion of the Successor Trustee.

Respectfully submitted,
InnovaLaw, P.C.

By: /s/ Kathleen M. McGuire
        One of the attorneys for the Trustee

Kathleen M. McGuire
InnovaLaw, P.C.
15020 S. Ravinia Ave., Suite 29
Orland Park, IL  60462
Tel: (708) 675-1975
Fax: (708) 675-1786