# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOS. M. MADDEN CO. INC. | § | Case No. 10-18837 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      219 S. Dearborn Street
      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 09/02/2016 in Courtroom 240,
      Kane County Courthouse
      100 S. Third Street
      Geneva Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/03/2016        By: /s/ Brenda Porter Helms
                                                             Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| THOS. M. MADDEN CO. INC. | § | Case No. 10-18837 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 170,049.61 |
| and approved disbursements of | $ | 71,141.89 |
| leaving a balance on hand of[1] | $ | 98,907.72 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | FORD MOTOR CREDIT COMPANY LLC | $ 9,097.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| 28 | DCFS USA L.L.C. | $ 23,793.83 | $ 0.00 | $ 0.00 | $ 0.00 |
| 3 | FORD MOTOR CREDIT COMPANY LLC | $ 10,294.09 | $ 0.00 | $ 0.00 | $ 0.00 |
| 4 | FORD MOTOR CREDIT COMPANY LLC | $ 10,964.18 | $ 0.00 | $ 0.00 | $ 0.00 |
| 68 | FIRST NATIONAL BANK OF BROOKFIELD | $ 33,568.33 | $ 0.00 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---:|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 98,907.72 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS | $ 5,000.00 | $ 0.00 | $ 5,000.00 |
| Trustee Expenses: BRENDA PORTER HELMS | $ 73.00 | $ 0.00 | $ 73.00 |
| Attorney for Trustee Expenses: RIORDAN MCKEE & PIPER | $ 496.00 | $ 496.00 | $ 0.00 |
| Accountant for Trustee Fees: SCOTT HOREWITCH PIDGEON & ABRAMS L | $ 8,255.00 | $ 0.00 | $ 8,255.00 |
| Fees: OFFICE OF THE U.S. TRUSTEE | $ 975.00 | $ 0.00 | $ 975.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 69.98 | $ 69.98 | $ 0.00 |
| Other: DAVID E. GROCHOCINSKI | $ 6,702.48 | $ 0.00 | $ 6,702.48 |
| Other: INNOVALAW PC | $ 16,804.00 | $ 16,804.00 | $ 0.00 |
| Other: INNOVALAW PC | $ 522.26 | $ 522.26 | $ 0.00 |
| Other: RIORDAN MCKEE & PIPER | $ 17,658.10 | $ 17,658.10 | $ 0.00 |

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 21,005.48 |
| Remaining Balance | $ | 77,902.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Attorney for Debtor Fees: DIMONTE & LIZAK LLC | $ 21,992.50 | $ 0.00 | $ 21,992.50 |
| Attorney for Expenses: DIMONTE & LIZAK LLC | $ 2,590.96 | $ 0.00 | $ 2,590.96 |
| Other: ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 3,991.05 | $ 0.00 | $ 3,991.05 |
| Other: INTERNAL REVENUE SERVICE (ADMIN) | $ 6,688.89 | $ 0.00 | $ 6,688.89 |

| | | |
|---|---:|---:|
| Total to be paid for prior chapter administrative expenses | $ | 35,263.40 |

Remaining Balance $ 42,638.84

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 520,003.93 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | MICHAEL GRAMZA | $ 1,982.54 | $ 0.00 | $ 1,629.20 |
| 10 | CORRINNE FLONDOR | $ 91.57 | $ 0.00 | $ 75.25 |
| 13 | RICH PELLETIERE | $ 5,986.11 | $ 0.00 | $ 4,919.24 |
| 14 | JOE PETRARCA | $ 4,365.00 | $ 0.00 | $ 3,587.05 |
| 15 | JAMES STEELE | $ 11,084.18 | $ 0.00 | $ 9,108.70 |
| 16 | JOANNA BULAK | $ 482.73 | $ 0.00 | $ 396.70 |
| 17 | JOSE VALADEZ | $ 4,630.94 | $ 0.00 | $ 3,805.59 |
| 18 | RICHARD BURGESON | $ 0.00 | $ 0.00 | $ 0.00 |
| 19 | ANTHONY PONTANINI | $ 4,226.00 | $ 0.00 | $ 3,472.82 |
| 20 | GERALD HENIFF | $ 11,525.85 | $ 0.00 | $ 9,471.66 |
| 30 | SALVATORE CAMPAGNA | $ 271.00 | $ 0.00 | $ 222.70 |
| 44 | LABORERS PENSION & WELFARE FUND | $ 0.00 | $ 0.00 | $ 0.00 |
| 66 | JOE PETRARCA | $ 0.00 | $ 0.00 | $ 0.00 |
| 71 | CHARLOTTE PETTY | $ 7,240.35 | $ 0.00 | $ 5,949.93 |
| 10.1 | CORRINNE FLONDOR | $ 299.46 | $ 0.00 | $ 0.00 |
| 15.1 | JAMES STEELE | $ 2,549.15 | $ 0.00 | $ 0.00 |
| 16.1 | JOANNA BULAK | $ 695.81 | $ 0.00 | $ 0.00 |
| 17.1 | JOSE VALADEZ | $ 952.06 | $ 0.00 | $ 0.00 |
| 20.1 | GERALD HENIFF | $ 11,725.00 | $ 0.00 | $ 0.00 |
| 41 | WILL COUNTY CARPENTER LOCAL 174 BEN | $ 880.30 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 42 | WILL COUNTY CARPENTERS LOCAL 174 PE | $ 6,619.88 | $ 0.00 | $ 0.00 |
| 43 | WILL COUNTY CARPENTERS LOCAL 174 HE | $ 10,837.95 | $ 0.00 | $ 0.00 |
| 44.1 | LABORERS PENSION & WELFARE FUND | $ 0.00 | $ 0.00 | $ 0.00 |
| 49 | MIDWEST OPERATING ENGINEERS WELFARE | $ 3,510.00 | $ 0.00 | $ 0.00 |
| 50 | MIDWEST OPERATING ENGINEERS PENSION | $ 2,115.00 | $ 0.00 | $ 0.00 |
| 51 | MIDWEST OPERATING ENGINEERS RETIREM | $ 300.00 | $ 0.00 | $ 0.00 |
| 52 | OPERATING ENGINEERS LOCAL 150 APPRE | $ 345.00 | $ 0.00 | $ 0.00 |
| 71.1 | CHARLOTTE PETTY | $ 1,174.59 | $ 0.00 | $ 0.00 |
| 1 | ILLINOIS DEPARTMENT OF REVENUE | $ 22,449.94 | $ 0.00 | $ 0.00 |
| 5 | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 39,945.44 | $ 0.00 | $ 0.00 |
| 26 | INTERNAL REVENUE SERVICE | $ 359,986.35 | $ 0.00 | $ 0.00 |
| 39 | WISCONSIN DEPARTMENT OF REVENUE | $ 3,731.73 | $ 0.00 | $ 0.00 |
| 58 | MICHAEL GRAMZA | $ 0.00 | $ 0.00 | $ 0.00 |
| 61 | RICHARD BURGESON | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to priority creditors    $    42,638.84

Remaining Balance    $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 855,382.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 20.2 | GERALD HENIFF | $ 9,649.55 | $ 0.00 | $ 0.00 |
| 40 | INTERNAT'L UNION OF OPERATING ENGIN | $ 545.07 | $ 0.00 | $ 0.00 |
| 64 | QUALITY BLUEPRINT INC. | $ 778.02 | $ 0.00 | $ 0.00 |
| 1a | ILLINOIS DEPARTMENT OF REVENUE | $ 2,680.32 | $ 0.00 | $ 0.00 |
| 5a | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 1,670.00 | $ 0.00 | $ 0.00 |
| 7 | AMERICAN FIRST AID SERVICES INC. | $ 128.08 | $ 0.00 | $ 0.00 |
| 8 | MIDWEST FORESTREE LLC | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 11 | GREAT AMERICAN LEASING CORP. | $ 8,664.21 | $ 0.00 | $ 0.00 |
| 12 | ATLANTIC-MEECO INC. | $ 12,025.00 | $ 0.00 | $ 0.00 |
| 18a | RICHARD BURGESON | $ 34,330.00 | $ 0.00 | $ 0.00 |
| 21 | WELLS FARGO EQUIPMENT FINANCE INC | $ 48,745.18 | $ 0.00 | $ 0.00 |
| 22 | ADT SECURITY SERVICES | $ 1,134.86 | $ 0.00 | $ 0.00 |
| 23 | ADT SECURITY SERVICES | $ 24,124.48 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | ALDRIDGE ELECTRIC INC. | $ 18,508.91 | $ 0.00 | $ 0.00 |
| 25 | METROPOLITAN INDUSTRIES INC. | $ 3,311.00 | $ 0.00 | $ 0.00 |
| 26a | INTERNAL REVENUE SERVICE | $ 119,359.61 | $ 0.00 | $ 0.00 |
| 27 | PITNEY BOWES INC | $ 1,262.96 | $ 0.00 | $ 0.00 |
| 29 | COMMONWEALTH EDISON COMPANY | $ 14,168.51 | $ 0.00 | $ 0.00 |
| 31 | JAMES MANSFIELD & SONS INC | $ 8,238.00 | $ 0.00 | $ 0.00 |
| 32 | MIDWEST FORESTREE LLC | $ 2,000.00 | $ 0.00 | $ 0.00 |
| 33 | A.A. CONTE & SON INC. | $ 12,571.30 | $ 0.00 | $ 0.00 |
| 34 | MISSISSIPPI VALLEY EQUIPMENT CO. | $ 1,620.14 | $ 0.00 | $ 0.00 |
| 35 | CHICAGO REGIONAL COUNCIL OF CARPENT | $ 149,177.95 | $ 0.00 | $ 0.00 |
| 36 | AIRGAS NORTH CENTRAL | $ 2,743.81 | $ 0.00 | $ 0.00 |
| 37 | M. T. TRANSIT | $ 48,875.00 | $ 0.00 | $ 0.00 |
| 38 | RIORDAN MCKEE & PIPER | $ 29,684.74 | $ 0.00 | $ 0.00 |
| 39a | WISCONSIN DEPARTMENT OF REVENUE | $ 245.00 | $ 0.00 | $ 0.00 |
| 41a | WILL COUNTY CARPENTER LOCAL 174 BEN | $ 1,036.25 | $ 0.00 | $ 0.00 |
| 42a | WILL COUNTY CARPENTERS LOCAL 174 PE | $ 479.95 | $ 0.00 | $ 0.00 |
| 43a | WILL COUNTY CARPENTERS LOCAL 174 HE | $ 12,680.85 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010)  *(Page: 7)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 44a | LABORERS PENSION & WELFARE FUND | $ 43,067.61 | $ 0.00 | $ 0.00 |
| 45 | CCSFI ACCOUNTING C/O CCMSI | $ 48,656.96 | $ 0.00 | $ 0.00 |
| 46 | HD SUPPLY CONSTRUCTION SUPPLY LTD | $ 4,459.24 | $ 0.00 | $ 0.00 |
| 47 | GALVA FOAM MARINE INDUSTRIES INC | $ 106,144.00 | $ 0.00 | $ 0.00 |
| 48 | QUALITY EXCAVATION INC. | $ 5,560.00 | $ 0.00 | $ 0.00 |
| 49a | MIDWEST OPERATING ENGINEERS WELFARE | $ 4,376.66 | $ 0.00 | $ 0.00 |
| 50a | MIDWEST OPERATING ENGINEERS PENSION | $ 3,206.35 | $ 0.00 | $ 0.00 |
| 51a | MIDWEST OPERATING ENGINEERS RETIREM | $ 454.80 | $ 0.00 | $ 0.00 |
| 52a | OPERATING ENGINEERS LOCAL 150 APPRE | $ 523.03 | $ 0.00 | $ 0.00 |
| 53 | LOCAL 150 U. O. E. VACATION SAVINGS I | $ 151.63 | $ 0.00 | $ 0.00 |
| 54 | M.O.E. CONSTRUCTION INDUSTRY RESEAR | $ 168.00 | $ 0.00 | $ 0.00 |
| 57a | ILLINOIS DEPARTMENT OF EMPLOYMENT S | $ 480.00 | $ 0.00 | $ 0.00 |
| 59 | LCGLV INC | $ 480.00 | $ 0.00 | $ 0.00 |
| 60 | ATLANTIC-MEECO INC. | $ 12,025.00 | $ 0.00 | $ 0.00 |
| 61a | RICHARD BURGESON | $ 22,605.00 | $ 0.00 | $ 0.00 |
| 62 | A.A. CONTE & SON INC. | $ 12,571.30 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 63 | SUNSOURCE | $ 1,967.19 | $ 0.00 | $ 0.00 |
| 65 | DIMONTE & LIZAK LLC | $ 4,386.07 | $ 0.00 | $ 0.00 |
| 67 | VCNA PRAIRIE ILLINOIS INC D/B/A PR | $ 9,495.38 | $ 0.00 | $ 0.00 |
| 69 | MISSISSIPPI VALLEY EQUIPMENT CO. | $ 1,620.14 | $ 0.00 | $ 0.00 |
| 70 | INTERNAT'L UNION OF OPERATING ENGIN | $ 545.07 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 72 | JAMES STEELE | $ 0.00 | $ 0.00 | $ 0.00 |
| 73 | LABORERS' PENSION AND WELFARE FUNDS | $ 0.00 | $ 0.00 | $ 0.00 |
| 73a | LABORERS' PENSION AND WELFARE FUNDS | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors  $ 0.00

Remaining Balance  $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.