IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    )    NO.  10-18837
                                          )
THOS M. MADDEN CO. INC.                   )    HON. DONALD R. CASSSLING
                                          )    BANKRUPTCY JUDGE


<u>CERTIFICATE OF SERVICE</u>

       The undersigned certifies that she caused a copy of the Notice OF Trustees Final Report
and Applications for Compensation and Deadline to Object to be served upon the parties listed
on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on
this 3rd day of August, 2016 at 3400 W. Lawrence Ave., Chicago, Illinois.



                                          /s/ Brenda Porter Helms



Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago IL 60664

Illinois Dept of Employment Security
33 S. State St
Attn: Bankruptcy Unit 10th floor
Chicago IL 60603

American First Aid Services
784 Church Rd
Elgin IL 60123

Midwest Forestree LLC
566Rock Road #1
East Dundee IL 60118

Michael Gramza
16604 W. Seneca Drive
Lockport IL 60441

Corrinne Flondor
P.O. Box 87585
Carol Stream IL 60188

Great American Leasing Corp
P.O. Box 609
Grand Rapids MI 52406

Atlantic-Meeco Inc.
P.O. Box 3939
McAlester OK 74502

Rich Pelletiere
6421 Pershing Road #303
Berwyn IL 60402

Joe Petrarca
41 W 765 Northway Drive
Elburn IL 60119

James Steele
4509 Elm St
Downers Grove IL 60515

Joanna Bulak
444 Crescent  Apt C4
Lombard IL 60148

Jose Valadez
6525 W. 26th Place
Berwyn IL 60402

Richard Burgeson
23150 Foxtail Creek
Bonita Springs FL

Anthony Pontanini
873 N. Cambden Lane
South Elgin IL 60177

Gerald Heniff
14002 S. Teakwood Dr
Homer Glen IL 60491

Wells Fargo Equipment Finance
Attn:  Larry Jones
1540 W. Fountainhead Pkwy
Tempe AZ 85282

ADT Security Services
14200 E. Exposition Ave.
Aurora CO 80012

Aldridge Electric Inc.
844 E. Rockland Road
Libertyville IL 60048

Metropolitan Industries Inc.
37 Forestwood Dr
Romeoville IL 60446

Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101

Pitney Bowes Inc.
27 Waterview Dr
Shelton CT 06484

Commonwealth Edison
3 Lincoln Center
Attn:  Bankruptcy Section
Oakbrook Terrace IL 60181

Salvatore Campagna
20W448 Elizabeth Dr.
Downers Grove IL 60516